Juan Crispin, Respondent, v. City of Rochester, Appellant.—

Present — Marsh, J. P., Gabrielli, Moule and Henry, JJ.

Barbara M. Porter, Appellant, v. Roy A. Porter, Jr., Respondent.—

Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Henry, JJ.